IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAIN MARRERO CASTANO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL NO. SA-25-cv-00904-FB-RBF |
| | § | |
| JANICE KILLIAN, Warden at | § | |
| South Texas Detention Center; | § | |
| SYLVESTER M. ORTEGA, Acting | § | |
| Field Office Director, San Antonio, | § | |
| Office of Detention and Removal; | § | |
| TODD M. LYONS, Acting Director | § | |
| Immigration and Customs Enforcement; | § | |
| KRISTI NOEM, Secretary, U.S. | § | |
| Department of Homeland Security; | § | |
| and PAM BONDI, Attorney General | § | |
| of the United States, | § | |
| | § | |
| *Respondents*. | § | |

**ORDER**

Pending before the Court is Petitioner's motion for a preliminary injunction. (Contained within docket no. 10). Briefing deadlines have been set and the motion is scheduled for an evidentiary hearing before United States Magistrate Judge Richard B. Farrer on September 15, 2025. (Docket no. 15).

IT IS THEREFORE ORDERED that, to preserve the status quo and prevent irreparable harm, the temporary restraining order (docket no. 11) enjoining Respondents from deporting or removing Petitioner from the South Texas Detention Center is EXTENDED until the Court has the opportunity to hear Petitioner's motion for a preliminary injunction.

It is so ORDERED.

SIGNED this 5th day of September, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE