IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAIN MARRERO CASTANO, | § | |
| *Plaintiff,* | § § § | 5-25-CV-00904-FB-RBF |
| vs. | § § | |
| JANICE KILLIAN, WARDEN AT SOUTH TEXAS DETENTION CENTER,; SYLVESTER M. ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO, OFFICE OF DETENTION AND REMOVAL, ICE,; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT,; SECRETARY, USDHS KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,; AND PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,; | § § § § § § § § § § § | |
| *Defendants.* | | |

**ORDER**

Before the Court is the status of this case, which the District Court referred for disposition of certain pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 4. Authority to enter this Order stems from 28 U.S.C. § 636(b).

The Court held a status hearing in this matter on December 11, 2025, and benefitted from a frank discussion with counsel about the parties' positions, Petitioner's current status, and scheduling. *See* Dkt. No. 22. For the reasons discussed on the record and herein,

**IT IS ORDERED** that Petitioner is granted **leave to amend his Petition for Writ of Habeas Corpus**, Dkt. No. 1, and that the Amended Petition for Writ of Habeas Corpus shall be

due on or before **January 5, 2026**. The Government's Response shall be due **21 days following** the Amended Petition's entry on the docket.

**IT IS FURTHERMORE ORDERED** that the Government must notify the Court and opposing counsel at least 72 hours prior to taking any action pursuant to any change in position on its continued compliance with the Court's prior orders granting and extending the Temporary Restraining Order that is currently preventing Petitioner's removal from the United States. *See* Dkt. Nos. 11 & 16.

After reviewing the Amended Petition and Response, the Court will determine if a further hearing is necessary and, if a hearing is needed, the Court will reset such hearing by separate order for a date and time to be determined by the Court. *See* Dkt. No. 15; Text Order entered on September 12, 2025. Moreover, as agreed at the December 11 hearing, the Court will issue an Order aimed at facilitating Petitioner's appearance at any future hearing if such hearing is in fact set.

**IT IS SO ORDERED.**

**SIGNED** this 12th day of December, 2025.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**