IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAIN MARRERO CASTANO, | § § § | |
| *Plaintiff*, | § § | 5-25-CV-00904-FB-RBF |
| vs. | § § § | |
| JANICE KILLIAN, WARDEN AT SOUTH TEXAS DETENTION CENTER,; SYLVESTER M. ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO, OFFICE OF DETENTION AND REMOVAL, ICE,; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT,; SECRETARY, USDHS KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,; AND PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,; | § § § § § § § § § § § § | |
| *Defendants*. | | |

**ORDER SETTING HEARING**

Before the Court is the Amended Petition for Writ of Habeas Corpus filed by Plaintiff Alain Marrero Castano. *See* Dkt. No. 24. The District Court referred this case for resolution of certain pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. No. 4. Authority to enter this Order stems from 28 U.S.C. § 636(b).

**IT IS ORDERED THAT** the Amended Petition for Writ of Habeas Corpus, Dkt No. 24, is set for an in-person evidentiary hearing on **March 3, 2026 at 10:30 am CST** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. Petitioner's appearance will be required at the hearing and will be facilitated by a separate, forthcoming order, as was contemplated at the hearing on December 11, 2025, and the post-hearing order. Dkt. No. 23.

The Court is concerned about its jurisdiction, and it anticipates addressing this topic with the parties in detail at the hearing. The parties should come prepared to discuss this issue *in significant detail*. If the Court lacks jurisdiction, there may be original jurisdiction in the Court of Appeals, and it may be appropriate to develop the record in aid of an original petition filed in that Court. The parties should be prepared to discuss this topic as well as, if appropriate, to introduce evidence regarding what process Petitioner received prior to his re-arrest and detention by ICE, as well as in connection with the revocation of his release.

The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information. The parties should be prepared to discuss all pending motions at the hearing.

**IT IS SO ORDERED.**

**SIGNED** this 6th day of February, 2026.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**