IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAIN MARRERO CASTANO, | § § § | |
| *Plaintiff,* | § § § | 5-25-CV-00904-FB-RBF |
| vs. | § § § § | |
| JANICE KILLIAN, WARDEN AT SOUTH TEXAS DETENTION CENTER,; SYLVESTER M. ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO, OFFICE OF DETENTION AND REMOVAL, ICE,; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT,; SECRETARY, USDHS KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,; AND PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,; | § § § § § § § § § § § § § | |
| *Defendants.* | | |

### ORDER DIRECTING THE ISSUANCE OF
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This case is set for an in-person evidentiary hearing on **March 3, 2026,** at **10:30am CST** before the Honorable Richard B. Farrer at the United States Courthouse, 262 West Nueva St, San Antonio, Texas, 78207. Dkt. No. 27.

The presence of Petitioner Alain Marrero Castano is necessary at the evidentiary hearing. He is currently detained in the custody of ICE Field Office Director Sylvester M. Ortega and Warden Janice Kilian of the **South Texas Detention Center**. As such,

**IT IS ORDERED** that Petitioner shall be transported to the Courthouse for the hearing and shall be present in the courtroom for the hearing.

The Clerk is **furthermore ORDERED** to:

(1) Once executed, enter the Writ attached to this Order into the record;

(2) Provide copies by U.S. certified mail of the Order Setting In-Person Evidentiary Hearing (Dkt. No. 27), this Order, and the Writ to the following addresses and enter the certified mail receipt into the record:

> **Warden Janice Kilian**
> **South Texas Detention Center**
> **566 Veterans Dr**
> **Pearsall, TX 78061**
>
> **ICE Field Office Director, Sylvester M. Ortega**
> **ICE San Antonio Field Office**
> **1777 NE Loop 410, Floor 15**
> **San Antonio, Texas 78217**

and;

(3) Deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing (Dkt. No. 27), this Order, and the Writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division.

**IT IS FURTHER ORDERED** that if Petitioner Alain Marrero Castano is to be moved from his present unit before the date of the evidentiary hearing, Warden Kilian or ICE Field Office Director Ortega must contact Court chambers immediately—via an email directed to Amber_Baillio@txwd.uscourts.gov—and obtain leave of the Court for any such move prior to it occurring. The Court so orders to protect its jurisdiction over this matter.

**IT IS SO ORDERED.**

**SIGNED** this 11th day of February, 2026.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**