IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAIN MARRERO CASTANO, | § § § | |
| *Petitioner,* | § § | 5-25-CV-00904-FB-RBF |
| vs. | § § § | |
| JANICE KILLIAN, WARDEN AT SOUTH TEXAS DETENTION CENTER,; SYLVESTER M. ORTEGA, ACTING FIELD OFFICE DIRECTOR, SAN ANTONIO, OFFICE OF DETENTION AND REMOVAL, ICE,; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT,; SECRETARY, USDHS KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,; AND PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,; | § § § § § § § § § § | |
| *Respondents.* | | |

**ORDER RESETTING HEARING**

Before the Court is the Amended Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. *See* Dkt. No. 24. The District Court referred this case for resolution of certain pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. No. 4. Authority to enter this Order stems from 28 U.S.C. § 636(b).

This matter was set for a hearing to be held on March 3, 2026, which was continued at the parties' request due to issues with witness availability. *See* Dkt. Nos. 36 & 39; second Text Order entered February 27, 2026. In their motion to continue, the parties advised the Court that they would be amenable to a reset between March 17 and 20. Dkt. No. 36. Accordingly,

**IT IS ORDERED THAT** the Amended Petition for Writ of Habeas Corpus, Dkt No. 24, is hereby set for an in-person evidentiary hearing on **March 20, 2026,** at **10:30am CST** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. Petitioner's appearance will be required at the hearing and will again be facilitated by a separate, forthcoming order, as was contemplated at the hearing previously held on December 11, 2025, and in the post-hearing order. Dkt. No. 23.

The parties should come to the hearing prepared to address the topics highlighted by the Court in its Order setting the original hearing, entered on February 6, 2026. *See* Dkt. No. 27 at 2.

Lastly, in accordance with the first Text Order entered on February 27, 2026, Petitioner's counsel Brian Green may attend the hearing remotely. Counsel is advised to contact the Courtroom Deputy, Amber Baillio, for instructions on how to do so.

**IT IS SO ORDERED.**

**SIGNED** this 3rd day of March, 2026.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**